```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


THOMAS M. SMITH,                    )
          Plaintiff,                )
                                    )  Civ. Action No. 21-10124-PBS
     v.                             )
                                    )
JAMES M. CUMMINGS, et al.,          )
          Defendants.               )
```

**ORDER**

October 8, 2021

SARIS, D.J.

Plaintiff Thomas M. Smith ("Smith") initiated this pro se action by filing a complaint against several defendants. Dkt. No. 1. Smith was granted leave to proceed in forma pauperis, Dkt. No. 9, and a summons issued for service of the complaint on defendant David Cahoon. Dkt. No. 11. At that time, Smith was advised that the claims against the remaining defendants are subject to dismissal. Dkt. No. 9.

On August 12, 2021, the clerk was ordered to reissue one summons for service of the complaint on defendant David Cahoon. Dkt. No. 15. Plaintiff was granted 90 days from the date of the re-issuance of the summons to complete service on Cahoon. Id.

On August 12, 2021, Smith was again advised that the complaint fails to state a claim against defendants Cummings, Hennessey and Montigny. Id. Smith was granted additional time to file an amended complaint and was advised that failure to do

so would result in the dismissal of the claims against the three defendants pursuant to 28 U.S.C. § 1915(e)(2).  Id.  The Clerk provided Smith with forms and instructions for arranging service by the United States Marshals Service.  Dkt. No. 10.

To date, Smith has not filed an amended complaint and the time to do so has expired.

Based on the foregoing, and in accordance with the Orders dated May 10, 2021 and August 12, 2021, Dkt. Nos. 9, 15, it is hereby Ordered that:

1. The claims against defendants James M. Cummings, Scott Hennessey and Medical Provider Montigny are dismissed pursuant to 28 U.S.C. § 1915(e)(2).

2. Plaintiff is reminded that he has until November 11, 2021 to complete service on defendant Cahoon.  Failure to timely serve this defendant may result in the dismissal of this action. See Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

SO ORDERED.

                                        /s/ Patti B. Saris  
                                        PATTI B. SARIS  
                                        UNITED STATES DISTRICT JUDGE